```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
  NICOLAS ASFOURI,                         :
                                           :
                          Plaintiff,       :      26cv632 (DLC)
                                           :
             -v-                           :         ORDER
                                           :
  GETTY IMAGES, INC., et al.,              :
                                           :
                          Defendants.      :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

On April 6, 2026, defendants filed a motion to dismiss the complaint pursuant to Rules 12(b)(6) and 12(b)(7), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **April 27, 2026.**  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **April 27, 2026.**  Defendants' reply, if any, shall be filed by **May 11.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

2

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for April 29, 2026 is adjourned sine die.

Dated:    New York, New York
          April 7, 2026

_____
DENISE COTE
United States District Judge

2