```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
NICOLAS ASFOURI,                          :
                                          :
                      Plaintiff,          :      26cv632 (DLC)
                                          :
          -v-                             :      ORDER
                                          :
GETTY IMAGES, INC., et al.,               :
                                          :
                      Defendants.         :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On April 6, 2026, defendants filed a motion to dismiss the complaint pursuant to Rules 12(b)(6) and 12(b)(7), Fed. R. Civ. P. An Order of April 7 directed the plaintiff to file any amended complaint by April 27 and alerted the plaintiff that it would likely not have another opportunity to amend. The plaintiff filed an amended complaint on April 27, thereby mooting the defendants' April 6 motion. Accordingly, it is hereby

ORDERED that, should defendants wish to renew their motion to dismiss, that they must do so by **May 8**. Plaintiff shall file any opposition to the motion to dismiss by **May 22**. Defendants' reply, if any, shall be filed by **May 29**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, in the event that defendants do not renew their motion to dismiss by May 8, an initial pretrial conference shall be held on **May 21, 2026** at **3:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          April 28, 2026

_____
DENISE COTE
United States District Judge

2