**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

NICOLAS ASFOURI,

Plaintiff,

-against-

26 **CIVIL** 632 (DLC)

# JUDGMENT

GETTY IMAGES (US), INC.,

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 6, 2026, Getty's May 15, 2026 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

August 12, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**