UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

NICOLAS ASFOURI,

Plaintiff,

-v-

GETTY IMAGES, INC., et al.,

Defendants.

---------------------------------------X

26cv632 (DLC)

ORDER

DENISE COTE, District Judge:

An Opinion and Order of August 6, 2026 granted defendants' motion to dismiss for failure to state a claim and ordered the Clerk of Court to close the case. On August 13, plaintiff appealed the dismissal. On August 26, defendants moved for attorney's fees pursuant to 17 U.S.C. § 505, and for an order requiring plaintiff to post an appeal bond pursuant to Rule 7, Fed. R. App. P. That same day, defendants also moved for sanctions against plaintiff and his counsel pursuant to Rule 11(c), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that plaintiff shall file any opposition briefs to the motions by **September 18, 2026**. Defendants' replies, if any, shall be filed by **October 2**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the

United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
August 27, 2026

DENISE COTE
United States District Judge