UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

NICOLAS ASFOURI,

Plaintiff,

-v-

GETTY IMAGES, INC., et al.,

Defendants.

-------------------------------------X

26cv632 (DLC)

ORDER

DENISE COTE, District Judge:

An Opinion and Order of August 6, 2026 granted defendants' motion to dismiss for failure to state a claim and ordered the Clerk of Court to close the case. On August 26, defendants moved for attorney's fees pursuant to 17 U.S.C. § 505, an order requiring plaintiff to post an appeal bond pursuant to Rule 7, Fed. R. App. P., and for sanctions against plaintiff and his counsel pursuant to Rule 11(c), Fed. R. Civ. P. An August 27 Order required the plaintiff to file his opposition brief by September 18. The plaintiff having refused to consent to an extension of the schedule for briefing his appeal, on September 14, the defendants filed an emergency motion to show cause why the Court should not require the plaintiff to immediately file a bond of $75,000. Accordingly, it is hereby

ORDERED that plaintiff shall file any opposition to the September 14 motion by **12 p.m. on September 16, 2026.**

IT IS FURTHER ORDERED that the plaintiff's opposition to the defendants' August 26 motions, previously due on September 18, must now be filed by **12 p.m. on September 16, 2026.**

IT IS FURTHER ORDERED that all parties shall appear for a conference on **September 18, 2026 at 3:30 p.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: New York, New York
September 14, 2026

DENISE COTE
United States District Judge