UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

NICOLAS ASFOURI,

Plaintiff,

-v-

GETTY IMAGES (US), INC.,

Defendant.

---------------------------------------X

26cv632 (DLC)

ORDER

DENISE COTE, District Judge:

An Opinion of September 30, 2026, orders plaintiff Nicolas Asfouri to pay defendant Getty Images (US), Inc. ("Getty") $127,913.00 in attorneys' fees pursuant to 17 U.S.C. § 505, and Mr. William Dunnegan and Dunnegan & Scileppi LLC to pay Getty $127,913.00 in attorneys' fees pursuant to Rule 11(c), Fed. R. Civ. P. The actions of Asfouri and his attorneys during this litigation caused a single, indivisible injury to Getty. Koster v. Perales, 903 F.2d 131, 140 (2d Cir. 1990). Accordingly, for avoidance of doubt, it is hereby

ORDERED that Asfouri, Mr. William Dunnegan, and Mr. Dunnegan's law firm, Dunnegan & Scileppi LLC, are jointly and severally liable for the award of attorneys' fees in the amount

of $127,913.00. Getty is not entitled to recover more than $127,913.00.

Dated: New York, New York
October 1, 2026

DENISE COTE
United States District Judge